MAR 22 2024 PM3:44
FILED - USDC - BPT - CT

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

**Date MARCH 21, 2024**

Carol Rothermel

Plaintiff

V.

Silo Hill Condominium, Association, Inc.,

Plaza Realty And Management Corporation

Case Number:

*Michael DeMasi, Pres.*
*Robert Stafford, Claim against*
*michael Lombardo, Principal*          *Defendant*
*Walter Palma, Property manager*          *estate.*
*Attorney John mastruccho*
*Attorney Ridgely Brown.*

**Complaint**

Plaintiff, as for their complaint against defendants, allege as follows:

1. Plaintiff, Carol Rothermel ("Rothermel") is a natural person who is a citizen of Connecticut and who resides in Riverside, Connecticut seeks damages for a fraudulently procured foreclosure of her Condominium Unit.

**WHEREAS:** The Plaintiff (Rothermel) has owned the unit at 104 Silo Circle Riverside, Ct 06878 #104 since July 19, 200l and currently **pays $644.00 per month for common charges.**

At all times mentioned herein Silo Hill Condominium is a condominium complex located at 119 Sheephill Road Riverside CT 06878.

**Defendant Silo Hill Condominium Association**, Inc. Is the homeowners association

for Silo Hill.

**Defendant Plaza Realty and Management Corporation** is property manager for Silo Hill Condominium Association, Inc.

**Defendant Michael Lombardo** is a principal of defendant **Plaza Realty and Management.**

1

**Defendant Walter Palma is the Property Manager.** Both are being charged and are a party to this Complaint.

**Michael DeMasi, former President** 100 Silo Circle Riverside Ct 06878, now resides at 9 Ridge Road Cos Cob, CT 06807.

**Robert Stafford, former board member** in charge of Pool & Clubhouse 102 Silo Circle Riverside, Ct 06878 is deceased as of February 2024.

**Attorney John M. Mastracchio,** the attorney for Silo Hill and agent for Ackerly & Ward 1318 Bedford Street Stamford, CT 06905 is complicit and a key actor in this violation of a Title 18, U.S.C. 241 (Conspiracy) and Title 242 (Under the Color of Law).

A board member, **Robert Stafford and later President** who lived next door at #102 has a history of sexually harassing me and intimidation with the intent of forcing me to sell my home to him when **I had no interest in selling.**

In addition to his consistent sexual harassment he sent me a text message to inform me that my unit would be ideal for his mother as she would live right next door to him.

He consistently harassed me by telling me that the assessments were increasing and that it would be a good time to sell to him. My unit is unique and is the only unit which has 3 parking spaces allocated to me.

This unit is unique because Leon Lapine, the builder, constructed it for his own occupancy and it is the only unit with **it's personal elevator.**

In 2011, Robert Stafford had gone as far to enter **a fraudulent Quit Claim Deed for my parking space** which is a criminal violation and has been proven to be false by the prior Board of Director President, Carl Stahl who assisted me by writing to Stafford and supporting me as a witness during a court proceeding.. He attempted to alter the land records by claiming in Zillow that he owns 3 parking spaces when he legally owns only two (2).

2

He had made my elderly tenants miserable by harassing them. He would not let them use the pool and David Roth in charge of Rules and Regulations physically blocked my tenants from entering the pool with their Grandchildren.

I learned from my lender of the foreclosure action and he reached out to me and warned me of the illegal and unethical misconduct of the board. I was never given a Notice of Default as my Common Charges have always been current. **At the time of the stealth foreclosure the FMV of my unit was worth $850,000.**

The original Complaint was filed in December 2020 with a 2021 judgment of Foreclosure by Sale that was entered in the Stamford Superior Court. **The Judgment was for $2,942.00 in non-existing common charges. My attorney filed an appearance on 6/14/2021.**

My attorney Ridgely Brown had a very close and warm relationship with Attorney **John M. Mastracchio, the attorney for Silo Hill. This later proved to be detrimental to me as he refused enter a CPA Audit of my Common Charge payments which clearly supported my claim that no payments were in arrears.**

**Intentional Deception by the Silo Hill Attorney John M. Mastracchio, as I later discovered that he was sending court notices not to my address that was listed in the Condominium Association Directory but to another address.**

**Count 1:** Unconscionable fees and intentional mischarges.

**Count 2.** Notice of Default and Intention to Accelerate were not provided to the homeowner.

There is no evidence in the record that the notice of default was actually received as a result of the notice sent by certified mail. **Aurora loan Services v Condron.**

A Letter from Ackerly and Ward dated **May 13, 2021,** requesting payment in full amount of **$4,366.68** which was inclusive of legal fees and other charges payable before the foreclosure sale not sent to my home but to another address.

**A letter was sent not to the address in the directory of Silo Hill to inform of a public auction**

There was a Public Auction sale date on June 5 , 2021. I knew I did not owe anything but on the advice of a friend I was told to pay it anyway to avoid any future problems.

On June 4, 2021 my friend drove me to Ackerly & Ward office and I gave a bank check **$4,366.68 to satisfy the debt owed.** I made sure that they signed it to confirm that it was received. **I was told that even though I paid before the sale, that <u>Attorney Mastrachio was going to still move ahead with the sale!!</u>**

On Saturday June 5, 2021 my elderly tenant called me very upset. The President, of Silo Hill Condo Association, Michael Demasi and Attorney John Mastrachio had knocked on the tenant's door and asked if the people present for an auction could come inside to see the unit prior to the sale.

He informed them that he had rights as a tenant and he told them no they could not enter. Regardless, the sale went forward and Erin Stites as a straw buyer for my next door neighbor who was an influential board member purchased **my condo worth $850,000** for **$675,000**

Thereafter my **Attorney Ridgely Brown** did a motion to open judgment based on the fact that she had paid the fraudulent and non-existent common charges prior to the sale.

The 9 month priority debt did not exist of (**$5,472**). This was intended to put the homeowner under unnecessary duress and as part of an orchestrated scheme to steal **104 Silo Circle for the benefit of Bob Stafford, the Board Member and later President of the Association.**

By being on the board he told Attorney Mastrachio and Plaza Realty Walter Palma to manipulate the records to intentionally put me in default to gain unlawful ownership of my condominium. **This is a direct violation of my rights under Title 18, USC 241 (Conspiracy) and Title 18 USC 242.**

**MY CPA David Alfano,** did an audit to determine that there was no outstanding balance related to Silo Hill Condominium Inc. based on bank records that supported my claim.

The required payment of **$4,366.68** was made under duress on **6/4/2021**, whereas the letter from the Condo Attorney stated that the amount claimed as in default **must be paid before**

**the sale date of 6/5/2021.**  This was intentionally ignored. **Therefore my CPA confirmed that my common charges were overpaid by $4,366.68.**

Another bogus payment was demanded by the Condo Attorney in the amount of **$4,679.36** and was paid after the foreclosure sale pursuant to the instructions of my attorney Ridgely Brown as Attorney fees for John M. Mastracchio,

Defendants:

**Defendants have breached Common Condominiums contract relating to common charges.**

As result of said breach of contract plaintiff has suffered and continues to suffer damages.

**Forth Count ( Conn. Gen. Stat. 47-278 action)**

CT Common Interest Ownership Act (Conn. Gen. Stat. 47-200 et seq.) specifically Conn. Gen. Stat. 47-278 states in pertinent part:

**" A declarant, association, unit owner or any other person subject to this chapter may bring an action to enforce a right granted or obligation imposed by this chapter, the declaration or the bylaws. The court may award reasonable attorney's fees and costs."**

**Fifth Count:**

( Violation of U.S. Fair Debt Collection Practices Act 15 U.S. Code 1692)

Fair Debt Collection Practices Act Section 808 Unfair Practices (15 U.S. Code 1692f) states in pertinent part:

**Sixth Count**

**Violation of Connecticut Creditors' Collection Practices Act Conn. Gen.Stat. S36A-645**

"A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section.

1. The collection of any amount including any interest, fee charge or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law"

**Defendants herein have violated and continue to violated U.S. Fair Debt Collection Practices Act 15 U.S.C. 1692 f.**

**All American Sewer and Drain Service, a local plumber made a repair that affected the whole building and instead of being charged for a portion of the bill, I was charged for the whole bill.**

The sink was clogged @ unit 104 and Plaza Realty sent All American Sewer And Drain Service and I was told the clog occurred due to several adjacent units. **I received an invoice for $386.58 from Plaza Realty.** I called All American Sewer and Drain Services, I was told I am only suppose to be charged a 1/3 of the invoice.

Every month I am being assessed a $50.00 late fee. According, to Elizabeth Vega @ Plaza Realty Accounting I am told there was a missing check. I sent Michael Lombardo. President of Plaza Realty a certified letter and asked him to respond in writing as to why a $50.00 late fee. He failed to respond.

**Demands:**

## CLAIM FOR RELIEF

Plaintiff Claims:

1. Compensatory Damages;

2. Punitive Damages;

3. Attorney's Fees;

4. Costs;

And such other and further relief as may pertain.

## CERTIFICATION

I hereby certify that on March 22, 2024 a copy of the foregoing was filed. Notice of this filing will be sent by e-mail to all parties by operation of the courts electronic filing system, or by email or mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. This will further certify that a copy of the foregoing has been mailed, or emailed if they accept electronic delivery, of even date herewith to all parties.

Date: March 22, 2024

.

The Plaintiff
Respectfully Submitted,

By: *Carol Rothermel*

Carol Rothermel  Carol_rothermel@
yahoo.com.
43 Crawford Terrace

Riverside, CT 06878

203 273-3437

| | | |
|---|---|---|
| Atty. Ridgely Brown | Michael Demasi | John Mastracchio, Esq |
| 15 5th Street | 9 Ridge Road | Director of Human Resources and General |
| Counsel | Cos Cob, CT 06807 | 107 West Fourth Street |
| Stamford, CT 06905 | | Mount Vernon, NY 10550 |
| 203-918-1709 | | |

Plaza Realty And Management Corp.

Michael Lombardo, Principal

1010 Hope Street

Stamford, CT 06907

Silo Hill Condominium Association, Inc.

119 Sheephill Road

Riverside, CT 06878

Plaza Realty And Management Corp.

Walter Palma, Property Manager

1010 Hope Street

Stamford, CT 06907

The Estate of Robert Stafford

Claim against decedent's Estate

**EXHIBITS**

1. Robert Stafford, neighbor, 102 Silo Circle. Text messages, wanting to purchase my condo, 104 Silo Circle

2. Attorney Ridgely Brown, motion to open judgement

3. David F. Alfano CPA. Audit of no outstanding balance.

# Happy New Year!

Mar 25, 2021 at 5:22 PM

Hi Carol
Great to see Spring is upon us. I have not touched base since December, but I am still interested in buying your unit # 104. My mom is now 86 and this would be a great spot for her.
Would be great to touch base in any event, and if you can avoid realtor fees all the better.

Best
Bob
Bob Stafford # 102
917 902 1226

Apr 6, 2021 at 7:02 PM

I just got back from Florida, do you
have a couple minutes to touch
base on selling your unit direct.
Thx
Bob 917 902 1226

Apr 7, 2021 at 11:15 AM

Hello Bob

I am out of town.  At this time my
unit is not for sale.
If things change I will keep you in
mind.
Carol

Read

| FST-CV20-6049510-S | ) | JUDICIAL DISTRICT OF |
| | ) | |
| SILO HILL CONDOMINIUM, INC. | ) | STAMFORD/NORWALK |
| Plaintiff | ) | |
| vs. | ) | AT STAMFORD |
| | ) | |
| CAROL J. ROTHERMEL, et al. | ) | |
| Defendants, | ) | June 15, 2021 |

## STATEMENT IN SUPPORT OF MOTION TO OPEN JUDGMENT AND OBJECTION TO APPROVAL OF COMMITTEE REPORT

Carol Rothermel is the defendant and unit owner of Unit 104 of Silo Hill Condominium Inc, 104 Silo Circle, Greenwich, CT 06878.

I have had a hard COVID-19 time and got behind on some of my monthly condo charges.

I did not enter an appearance thinking I would just pay it off. I got a letter from the attorneys for the condo association, attached, dated May 13, 2021 that speaks for itself. The important part for me was that they demanded a payment in full through May 31, 2021 in the amount of $4,366.68.

I knew the foreclosure had been filed but I did not know the association attorneys were proceeding aggressively to judgment.

I made some monthly payments which were accepted and the checks cashed being a May 12, 2021 check in the amount of $600.00 and, most recently, a June 10, 2021 check (which was cashed on June 14, 2021). On a letter from John Mastracchio dated May 13, 2021, I was directed to pay the total amount of $4,366.68 as you can see in the column on the first page of their May 13, 2021 letter. In addition to the monthly payments that I had been making, I got a People's United Bank cashier's check on June 4, 2021 in the amount of $4,366.68 as demanded in their

RIDGELY WHITMORE BROWN, *Lawyer*
15 Fifth Street · Stamford, Connecticut · 06905 · Juris No. 401656
(203) 918-1563 · email: RidgeBrown@Ridgelylaw.com

letter. I delivered that to the law firm of Ackerly and Ward and they accepted it on the afternoon of June 4, 2021. They have stated in a subsequent letter that "if full payment is not made by June 30, 2021, our foreclosure action will continue." That is on the first page of the June 9, 2021 letter, copy attached. That is a lie. They proceeded with the auction over my protest, accruing more attorney's fees and committee fees in the process. Moreover, the representation that is implied in "our foreclosure action will continue" had a contingency only a payment was not fully made. Payment had been fully made on June 4, 2021 and then they sent a supplemental bill, which since I have had to engage counsel and am making this motion and going to court, I am moving to open the judgment, vacate it, for a finding of unclean hands for misrepresentation for the law firm and the condo association, and related issues.

We have received a motion for approval of committee sale being case detail #118.00, however we have not received, nor does the court docket reflect the filing of any proposed committee sale and deed or committee report or any support for further attorney's fees or any further appraisal fees.

The president of the association is a gentleman named Michael DeMassi and he lives next door to a person who has aggressively hounded me to buy my unit and it seems like this overaggressive effort to foreclose is related to that person, Robert Stafford's efforts to buy the unit for his mother. I have evidence and communications from him that he is aggressively pursuing that and he was also involved in actively trying to discourage my new tenant from taking occupancy. I believe that they are also colluding to make me more miserable by claiming that a replacement air conditioning unit is going to subject me to more fees. The attorneys for the condo association are aiding and abetting this with the misrepresentations they have made as well as the overaggressive actions they have taken. I have asked around and nobody knows of

any situation where the entire amount was proffered before the foreclosure by sale auction and the committee still went forward with it.

I believe the condo association owed me the duty of fair and neutral treatment in association politics, overaggressive attorneys using the foreclosure process as one more opportunities to ring the cash register at every juncture is not fair and I will be asking for sanctions which will include all fees incurred by my attorney in handling this matter.

Respectfully submitted,
**THE DEFENDANT,**
**CAROL J. ROTHERMEL**

BY: _____401656_____

Ridgely Whitmore Brown
15 Fifth Street
Stamford, CT 06905
203-918-1563
Fax: 203-595-5582
Email: ridgebrown@ridgelylaw.com
Juris No. 401656

## CERTIFICATION

I hereby certify that a copy of the above was mailed or emailed on the above date to:

ACKERLY & WARD (406639)
1318 BEDFORD STREET
STAMFORD, CT 06905

ZELDES NEEDLE & COOPER (069695)
1000 LAFAYETTE BLVD
7TH FLOOR
BRIDGEPORT, CT 06604

ANDREW BENJAMIN NEVAS (401276)
355 RIVERSIDE AVENUE
P.O. BOX 5116
WESTPORT, CT 06881

_____40165_____
Ridgely Whitmore Brown



David F Alfano, CPA

3 Boulder Avenue | Old Greenwich, CT 06870 | 203-698-7700 | david@alfanocpa.com

July 29, 2021

To whom it may concern:

Based on the information provided to me from Carol Rothermel, I determine that there is no outstanding balance related to Silo Hill Condominium, Inc. Unit 104 expenses.

Enclosed please find documentation substantiating the following payments:

- $600.00 - Check #190 dated 02/10/2021
- $600.00 – Check #193 dated 03/10/2021
- $3,785.15 – Check #195 dated 03/21/2021
- $125.00 – Annual Lease Fee deposited by tenant on 03/23/2021
- $600.00 – Check #204 dated 04/10/2021
- $600.00 – Check #208 dated 05/10/2021
- $4,366.68 – Cashier Check #9866487 dated 06/04/2021
- $600.00 – Check #219 dated 06/10/2021
- $600.00 – Check #227 dated 07/10/2021

Please note that the payment of $4,366.68 dated 06/04/2021 was not considered in Homeowner Ledger report as of June 11th, 2021

Thank you for your attention to this matter.

Sincerely,


David F. Alfano, CPA