**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

10-01-2025                                   Case No. 3:24-CV-000431-SVN

## CRIME(S) ASSOCIATED WITH UNLAWFUL COMMON CHARGE FEES and EXTORTION

## ATTACHED EXHIBITS OF CONTINUATION OF HARRASSMENT.

1.  Paid <u>$4,366.68 on June 4, 2021 under duress.</u> Attorney John Mastracchio told me ***"it does not matter that you paid all of the common charges, we are still going forward with the auction." on <u>June 5, 2021</u>***

2. June 5, 2021 Auction advertised online, exhibit attached.

3. CPA AUDIT, Alfano & Company, LLC.

4.  Motion for Judgment order.  Fabricated fees, to push me into foreclosure to benefit Robert Stafford, next door neighbor who was on the Board of Directors.  <u>This was intentional.</u>

5. Judge Walter Spader issued a Court Order to reverse the sale and returned the deposit.to the alleged winning bidder. **The sale was reversed**
the extorted funds of **$9,976.68** were not returned to Carol Rothermel, condo homeowner in spite of a Judicial Court Order.

6.  Amounts of unlawful common charges paid; **6/4/21 $4,366.68, 2/19/22 $5,610.00 Total amoun**t **$9,976.68**

7.  January 26, 2022 email, to demand for additional money.from ***the Condo Attorney, John Mastracchio*** threatening me with another **Foreclosure Sale for Saturday February 26, 2022.**  The Court was not notified of this extortion and I was not served therefore this foreclosure by sale did not exist.This is criminal fraud was part of a conspiracy (Federal Code Title 18 USC 241 and USC 242 (Under the Color of Law).

8. January 31, 2022, Ackerly & Ward Law Firm was claiming that I owe additional delinquent common charges ***that never existed and when I demanded proof, it was never provided.***

The ledger states 2020 and 2021 (priviously paid fees) that were current.

9.  February 10, 2022 notice

10. February 15th 2022 Attorney Ridgely Brown's email to me stating that I better pay off the <u>**$5,800.00**</u> to avoid additional huge expense in the thousand of dollars.  <u>**All frabricated.**</u>

11. February 18, 2022, my Attorney Ridgely Brown sent me an email of payoff of **$5,610.00** good through February 25, 2022. This was not a legal action but a fabricated non existent, extra judicial fraudlent demand **without judicial approval or order.**

12.  February 21, 2022,  "Ridgely Brown Esq."My client (Carol Rothermel) and I are providing these funds to stop the **foreclosure by sale scheduled for Saturday February 26, 2022. under duress**.

 13.**RECENT. INVOICES OF COMMON CHARGES ALREADY PAID IN ADVANCE (FOR 2025)**

Summary: I (Carol Rothermel), Plaintiff have been victimized and consistently robbed and abused by; The Silo Hill Board of Directors, Attorney John Mastracchio and  Robert Stafford (Neighbor) who constanly harassed me demanding that I sell my unit to him for his mother. I had no interest or need to sell my unit. He persisted in harrassing me and used his influence with the Board of Directors to eventually get them and their attorney to sell my unit without my knowledge or consent.
My Lender, the first mortgage holder "Stormfield Capital" via Westly Carpenter and a principal in the company contacted me to inform me that an illegal auction of my property was being held in front of my condo.
 My former attorney, Ridgely Brown who misled me and was part of the conspiracy.
I had no idea that any of this was taking place until my tenant contacted me to inform me that an auction and sale was being held for my unit.

Date: October 1, 2025

The Plaintiff
 Respectfully Submitted,

*Carol Rothermel*

By:_____/s/_____
   Carol Rothermel
   43 Crawford Terrace
   Riverside, CT 06878
   carol_rothermel@yahoo.com
   203 273 3437

## **CERTIFICATION**

I hereby certify that on October 1.2025 a copy of the foregoing was filed. Notice of this filing will be sent by e-mail to all parties by operation of the courts electronic filing system, or by email or mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF System. This will further certify that a copy of the foregoing has been mailed, or emailed if they accept electronic delivery, of even date herewith to all parties.


October 1, 2025                                              The Plaintiff
                                                            Respectfully Submitted,

                                                            By:____/s/_____
                                                               Carol Rothermel
                                                               43 Crawford Terrace
                                                               Riverside, CT 06878
                                                               carol_rothermel@yahoo.com
                                                               203 273 3437



See attached list of the parties.

Michael Keller, Esq.
Justin Bengtson
Morrison Mahoney LLP
1000 Lafayette Boulevard, Suite 702
Bridgeport, CT 06604
mkeller@morrisonmahoney.com
jbengtson@morrisonmahoney.com

Timothy P. Moylan
Diserio Martin O'Connor & Castiglioni, LLP
1010 Washington Blvd.
Stamford, CT 06901
TMoylan@dmoc.com

Chambers Copies:
Honorable Sarala V. Nagala
Abraham Ribicoff Federal Building
450 Main Street – Suite 108
Hartford, CT 06103
Chambers Phone: 860-240-3873

# ACKERLY & WARD

William W. Ward
billward@ackerlyandward.com

1318 BEDFORD STREET
STAMFORD, CONNECTICUT 06905

Assistants
Lori DeFelice
loridefelice@ackerlyandward.com

John M. Mastracchio
johnmastracchio@ackerlyandward.com

Carmen Chavez
carmenchavez@ackerlyandward.com

Retired
John Ackerly

Telephone: (203) 975-1151
Facsimile:  (203) 975-1821
www.ctcondolawyer.com

Christina DeMaio
christinademaio@ackerlyandward.com

May 13, 2021

**SENT VIA FIRST CLASS MAIL and VIA EMAIL**
Carol Rothermel
104 Baldhill Road
New Canaan, CT 06840
carol_rothermel@yahoo.com

**Re: Silo Hill Condominium, Inc.; Rothermel, Unit 104 – BALANCE LETTER**

Dear Ms. Rothermel:

Our firm represents Silo Hill Condominium, Inc., for the collection of delinquent common charges owed for the above-referenced property. Pursuant to your request for the balance on your account, the following amounts are currently due and owing through May 31, 2021 (account history attached), however, please note that you will continue to incur legal expenses and legal fees until the balance is paid in full. Therefore, if you are paying on or before May 31, 2021, please contact us to confirm the balance due and owing has not increased. If you are unable to make a payment in full, please submit a payment proposal in writing.

| | |
|---|---|
| Silo Hill | $3,980.43 |
| Legal Fees | $  926.25 |
| Legal Expenses | $   60.00 |
| Less 5/12/21 Payment | $(  600.00) |
| | |
| Total | $4,366.68 |

Please note, the foregoing total assumes your May 12, 2021 payment is not returned by the bank. Please be advised that the foregoing amount is the amount due through May 31, 2021 as of today and is subject to change. The committee of sale will incur fees and costs daily until there is an order from the court vacating the judgment. Please send full payment, made payable to Ackerly & Ward, Trustee, to the address listed above on or before May 31, 2021. If full payment is not made by May 31, 2021, our foreclosure sale scheduled for June 5, 2021 will proceed. An account history is enclosed.

If you are unable to make a payment in full, please submit a payment proposal in writing by May 21, 2021 that indicates the amount you are able to pay per month and indicate a date by which you can commence

Carol Rothermel
Page Two
May 13, 2021


payments. If the Board of Directors accepts your proposal, we will draft a formal agreement for you to review, sign, and return to our office with your initial payment.

      This law firm is attempting to collect a debt. Any information obtained will be used for that purpose. If you have previously received a discharge in bankruptcy, which discharged this debt, this correspondence is not and should not be construed to be an attempt to collect a debt, but only enforcement of a lien against property.

Very truly yours,

John M. Mastracchio

JMM/cc
Enclosure
cc:   M. DeMasi – via email
      W. Palma, Plaza Realty & Management Corp. – via email

**People's United Bank®**

Reference _Payment in full_    Date _06/04/2021_

Cashier's Che

986648

$********4,366.68******

Pay

FOUR THOUSAND THREE HUNDRED SIXTY SIX DOLLARS AND SIXTY EIGHT CENTS

To the
Order of _*ACKERLY & WARD*_

**CASHIER'S CHECK**

Notice to Customers: The purchase of an indemnity
bond may be required before this check will be replaced
or refunded in the event it is lost, misplaced or stolen.

Authorized Signature

Member FDIC    CK

White-Customer Check, Green-Customer Copy

Received on 6/4/2021
C. DeMaio: Paid through 5/31/2021

#2



#3

 **ALFANO**
& COMPANY LLC
—— www.alfanocpa.com ——

David F Alfano, CPA

3 Boulder Avenue | Old Greenwich, CT 06870 | 203-698-7700 | david@alfanocpa.com

July 29, 2021

To whom it may concern:

Based on the information provided to me from Carol Rothermel, I determine that there is no outstanding balance related to Silo Hill Condominium, Inc. Unit 104 expenses.

Enclosed please find documentation substantiating the following payments:

- $600.00 - Check #190 dated 02/10/2021
- $600.00 – Check #193 dated 03/10/2021
- $3,785.15 – Check #195 dated 03/21/2021
- $125.00 – Annual Lease Fee deposited by tenant on 03/23/2021
- $600.00 – Check #204 dated 04/10/2021
- $600.00 – Check #208 dated 05/10/2021
- $4,366.68 – Cashier Check #9866487 dated 06/04/2021
- $600.00 – Check #219 dated 06/10/2021
- $600.00 – Check #227 dated 07/10/2021

Please note that the payment of $4,366.68 dated 06/04/2021 was not considered in Homeowner Ledger report as of June 11th, 2021

Thank you for your attention to this matter.

Sincerely,



David F. Alfano, CPA

Celebrating over 25 years in business!    |    w w w . a l f a n o c p a . c o m

#4

ORDER   438579

DOCKET NO: FSTCV206049510S

SILO HILL CONDOMINIUM, INC.
V.
ROTHERMEL, CAROL J. Et Al

SUPERIOR COURT

JUDICIAL DISTRICT OF STAMFORD
    AT STAMFORD

3/24/2021

## ORDER

ORDER REGARDING:
02/22/2021 108.00 MOTION FOR JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

Notice of Judgment of Foreclosure by Sale
Property Address: 102 Sio Circle, Silo Hill Condominium, Riverside, CT 06878
The Committee is ordered to upload pictures of the property on the Judicial website.
The 9 month priority debt is $5472.

Judgment of Foreclosure by Sale is hereby entered as follows:
Debt: $2,941.00 as of 2/21/2021
Attorney Fees: $3,340.25
Total: $6,281.25
Appraisal Fee: $325.00
Title Search Fee: $50.00
Fair Market Value: $675,000.00

The Sale Date is: Saturday, June 05, 2021
Terms of the Sale: 12:00 noon on the premises.
Deposit Amount: $67,500.00 Deposit to be paid by bank or certified check only.
Committee Appointed: NICHOLAS WILLIAM VITTI JR, 1111 SUMMER STREET, STAMFORD, CT
06905
Ordered in accordance with the Statewide Standing Orders(JD-CV-79) and Uniform Procedures for
Foreclosure by Sale Matters(JD-CV-81).
Independent Appraiser: Christopher Lagreca (also Commercial), Appraisal Services LLC., 102 Lincoln
Ave, Stamford, Ct 06902
Return of Appraisal by: Wednesday, May 26, 2021
Deposit not required if Plaintiff or Defendant mortgage holder is the successful bidder. The Plaintiff and
Defendant mortgage holder may submit a bid via fax.
No fees or expenses prior to: Wednesday, April 21, 2021

Ad to be posted on Judicial Website.
Plaintiff's Atty: ACKERLY & WARD, 1318 BEDFORD STREET, STAMFORD, CT 06905
Copies sent Thursday, March 25, 2021 to:
ACKERLY & WARD; ZELDES NEEDLE & COOPER; NICHOLAS WILLIAM VITTI JR
(committee); Christopher Lagreca (appraiser)

Judicial Notice (JDNO) was sent regarding this order.

#5

ORDER    438579

DOCKET NO: FSTCV206049510S

SILO HILL CONDOMINIUM, INC.
V.
ROTHERMEL, CAROL J. Et Al

SUPERIOR COURT

JUDICIAL DISTRICT OF STAMFORD
    AT STAMFORD

6/17/2021

<u>ORDER</u>

ORDER REGARDING:
06/09/2021 118.00 MOTION FOR APPROVAL OF COMMITTEE SALE/DEED/REPORT/FEES AND
EXPENSES/APPRAISER'S FEES JD-CV-99

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The sale is not approved. The clerk is ordered to refund the deposit paid by the winning bidder.

Judicial Notice (JDNO) was sent regarding this order.

438579
_____

Judge: WALTER MICHAEL SPADER JR
Processed by: Jonathan Bubar

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.



FW: Silo Hill v. Rothermel

From: ridgebrown@ridgelylaw.com
To: carol_rothermel@yahoo.com
Cc: ridgebrown@ridgelylaw.com
Date: Wednesday, January 26, 2022 at 04:12 PM EST

Good Afternoon Carol,

Please see the below forwarded email that was sent to Mastracchio today.

I will forward the response once we receive it.

Thank you,
Lauren Renee

**From:** ridgebrown@ridgelylaw.com <ridgebrown@ridgelylaw.com>
**Sent:** Wednesday, January 26, 2022 4:05 PM
**To:** JohnMastracchio@ackerlyandward.com
**Cc:** ridgebrown@ridgelylaw.com
**Subject:** Silo Hill v. Rothermel

Dear Attorney Mastracchio:

Please provide me with a payoff statement through February 15, 2022 for Ms. Rothermel's unit so we can stop the foreclosure sale – either withdraw the case or issue a satisfaction of judgment and release of lis pendens.

Please advise.

Ridgely Whitmore Brown

RIDGELY WHITMORE BROWN

LAWYER

15 FIFTH STREET

STAMFORD, CONNECTICUT 06905

*Phone* (203) 918-1563

------------------------------------------------------------------------

IRS Required Statement:  This document (and any attachments) was not

#8.

# ACKERLY & WARD

| | | |
|---|---|---|
| William W. Ward<br>billward@ackerlyandward.com | 1318 BEDFORD STREET<br>STAMFORD, CONNECTICUT 06905 | <u>Assistants</u><br>Lori DeFelice<br>loridefelice@ackerlyandward.com |
| John M. Mastracchio<br>johnmastracchio@ackerlyandward.com | | Carmen Chavez<br>carmenchavez@ackerlyandward.com |
| <u>Retired</u><br><u>John Ackerly</u> | Telephone: (203) 975-1151<br>Facsimile:  (203) 975-1821<br>www.ctcondolawyer.com | Christina DeMaio<br>christinademaio@ackerlyandward.com |

January 31, 2022

**SENT VIA EMAIL: RidgeBrown@Ridgelylaw.com**
Ridgely Whitmore Brown Law Office
c/o Ridgely Whitmore Brown

**RE: Silo Hill Condominium, Inc. v. Rothermel, Et Al - FST-CV-20-6049510S - PAYOFF**

Dear Attorney Brown:

    Our firm represents Silo Hill Condominium, Inc. for the collection of delinquent common charges owed for the above-referenced property. Pursuant to your request, please find this payoff good through February 15, 2022. The following amounts are currently due and owing (account history attached), however, please note that the account will continue to incur legal expenses and legal fees until the balance is paid in full. Therefore, if you are paying on or before February 15, 2022, please contact us to confirm the balance due and owing has not increased.

| | |
|---|---|
| Silo Hill | $1,919.75 |
| Legal Fees | $2,675.25 |
| Legal Expenses | $    60.00 |
| Committee Fees and Costs | <u>$1,225.00</u> |
| Total | $5,880.00 |

    Please be advised that the foregoing amount is the amount due through February 15, 2022 as of today and is subject to change. The committee of sale will incur fees and costs daily until there is an order from the court vacating the judgment. Please send full payment, made payable to Ackerly & Ward, Trustee, to the address listed above. Our W9 and an account history are enclosed. If full payment is not made by February 15, 2022, our foreclosure action will continue.

Very truly yours,

John M. Mastracchio

JMM/cc
Enclosures
cc:  M. DeMasi – via email
     W. Palma, Plaza Realty & Management Corp. – via email

    This law firm is attempting to collect a debt. Any information obtained will be used for that purpose. If you have previously received a discharge in bankruptcy, which discharged this debt, this correspondence is not and should not be construed to be an attempt to collect a debt, but only enforcement of a lien against property.

## Homeowner Ledger

**Homeowner:** Carol Rothermel
**Phone:** (203) 921-8914
**Phone:** (203) 249-2173
**Unit Name:** 104
**Unit Address:** Silo Circle Riverside, CT 06878
**Association:** Silo Hill Condominium Association
**Status:** Current
**Dues:** 445.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 10/31/2020 | | Common Charges Income - Balance Forward | 1,558.65 | | 1,558.65 |
| 10/31/2020 | | Temp. C.Chg Increase - Balance Forward | 537.00 | | 2,095.65 |
| 11/01/2020 | | Common Charges Income - November 2020 | 429.00 | | 2,524.65 |
| 11/01/2020 | | Temp. C.Chg Increase - November 2020 - TCCI 1 & 2 Charge | 179.00 | | 2,703.65 |
| 11/03/2020 | | Legal Fees - Ackerly & Ward Inv# SH-21890 | 90.00 | | 2,793.65 |
| 12/01/2020 | | Common Charges Income - December 2020 | 429.00 | | 3,222.65 |
| 12/01/2020 | | Temp. C.Chg Increase - December 2020 - TCCI 1 & 2 Charge | 179.00 | | 3,401.65 |
| 12/04/2020 | Carol Rothermel | Payment (Reference #9583552) Mailed from Ackerly & Ward - cashiers chk payable to Silo HIII from Unit owner | | 600.00 | 2,801.65 |
| 12/10/2020 | Carol Rothermel | Payment (Reference #295) | | 371.00 | 2,430.65 |
| 12/11/2020 | | Late Fee Income - Late Fee for Dec 2020 | 25.00 | | 2,455.65 |
| 12/11/2020 | | Legal Fees - SH-22140 Ackerly & Ward Invoice | 1,419.50 | | 3,875.15 |
| 01/01/2021 | | Temp. C.Chg Increase - January 2021 - TCCI 1 & 2 Charge | 179.00 | | 4,054.15 |
| 01/01/2021 | | Common Charges Income - January 2021 | 429.00 | | 4,483.15 |
| 01/07/2021 | | Legal Fees - Ackerly & Ward Inv# SH-22428 | 796.32 | | 5,279.47 |
| 01/11/2021 | | Late Fee Income - Late Fee for Jan 2021 | 25.00 | | 5,304.47 |
| 02/01/2021 | | Temp. C.Chg Increase - February 2021 - TCCI 1 & 2 Charge | 179.00 | | 5,483.47 |
| 02/01/2021 | | Common Charges Income - February 2021 | 445.00 | | 5,928.47 |
| 02/04/2021 | | Legal Fees - Ackerly & Ward Inv# SH-22664 | 292.50 | | 6,220.97 |
| 02/11/2021 | | Late Fee Income - Late Fee for Feb 2021 | 50.00 | | 6,270.97 |
| 02/24/2021 | Carol Rothermel | Payment (Reference #190) | | 600.00 | 5,670.97 |
| 03/01/2021 | | Temp. C.Chg Increase - March 2021 - TCCI 1 & 2 Charge | 179.00 | | 5,849.97 |
| 03/01/2021 | | Common Charges Income - March 2021 | 445.00 | | 6,294.97 |
| 03/09/2021 | | Legal Fees - Ackerly & Ward Inv# SH-22861 | 574.32 | | 6,869.29 |
| 03/11/2021 | | Late Fee Income - Late Fee for Mar 2021 | 50.00 | | 6,919.29 |
| 03/19/2021 | Carol Rothermel | Payment (Reference #195) | | 3,785.15 | 3,134.14 |
| 03/23/2021 | Carol Rothermel | Payment (Reference #2462) Check from Ackerly & Ward, Trustee-III | | 600.00 | 2,534.14 |
| 03/23/2021 | | Annual Lease Fee - Lease Fee | 125.00 | | 2,659.14 |
| 03/29/2021 | Carol Rothermel | Payment (Reference #2961) Lease fee pmt from Gordon Hastings/Lynn Hastings | | 125.00 | 2,534.14 |
| 04/01/2021 | | Temp. C.Chg Increase - April 2021 - TCCI 1 & 2 Charge | 179.00 | | 2,713.14 |
| 04/01/2021 | | Common Charges Income - April 2021 | 445.00 | | 3,158.14 |
| 04/06/2021 | | Legal Fees - Ackerly & Ward Inv# SH-23156 | 792.29 | | 3,950.43 |
| 04/11/2021 | | Late Fee Income - Late Fee for Apr 2021 | 50.00 | | 4,000.43 |
| 04/28/2021 | Carol Rothermel | Payment (Reference #2578) Check from Ackerly & Ward, Trustee-III | | 600.00 | 3,400.43 |

## Homeowner Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 05/01/2021 | | Temp. C.Chg Increase - May 2021 - TCCI 1 & 2 Charge | 179.00 | | 3,579.43 |
| 05/01/2021 | | Common Charges Income - May 2021 | 445.00 | | 4,024.43 |
| 05/11/2021 | | Late Fee Income - Late Fee for May 2021 | 50.00 | | 4,074.43 |
| 05/24/2021 | Carol Rothermel | Payment (Reference #2621) Common Charges, legal fees | | 600.00 | 3,474.43 |
| 06/01/2021 | | Temp. C.Chg Increase - June 2021 - TCCI 1 & 2 Charge | 179.00 | | 3,653.43 |
| 06/01/2021 | | Common Charges Income - June 2021 | 445.00 | | 4,098.43 |
| 06/11/2021 | | Late Fee Income - Late Fee for Jun 2021 | 50.00 | | 4,148.43 |
| 06/21/2021 | Carol Rothermel | Payment (Reference #2694) Payment from Ackerly & Ward | | 4,936.68 | -788.25 |
| 07/01/2021 | | Temp. C.Chg Increase - July 2021 - TCCI 1 & 2 Charge | 179.00 | | -609.25 |
| 07/01/2021 | | Common Charges Income - July 2021 | 445.00 | | -164.25 |
| 07/12/2021 | | Legal Fee Income - Ackelry & Ward Inv# SH-23874 | 1,371.00 | | 1,206.75 |
| 07/23/2021 | Carol Rothermel | Payment (Reference #2762) Payment from Ackerly & Ward | | 600.00 | 606.75 |
| 08/01/2021 | | Temp. C.Chg Increase - August 2021 - TCCI 1 & 2 Charge | 179.00 | | 785.75 |
| 08/01/2021 | | Common Charges Income - August 2021 | 445.00 | | 1,230.75 |
| 08/05/2021 | Carol Rothermel | Payment (Reference #2788) Payment | | 600.00 | 630.75 |
| 08/05/2021 | | Legal Fee Income - Ackelry & Ward Inv# SH-24029 | 225.00 | | 855.75 |
| 08/11/2021 | | Late Fee Income - Late Fee for Aug 2021 | 50.00 | | 905.75 |
| 09/01/2021 | | Temp. C.Chg Increase - September 2021 - TCCI 1 & 2 Charge | 179.00 | | 1,084.75 |
| 09/01/2021 | | Common Charges Income - September 2021 | 445.00 | | 1,529.75 |
| 09/11/2021 | | Late Fee Income - Late Fee for Sept | 50.00 | | 1,579.75 |
| 09/27/2021 | Carol Rothermel | Payment (Reference #2884) Payment from Ackerly & Ward | | 600.00 | 979.75 |
| 10/01/2021 | | Temp. C.Chg Increase - October 2021 - TCCI 1 & 2 Charge | 179.00 | | 1,158.75 |
| 10/01/2021 | | Common Charges Income - October 2021 | 445.00 | | 1,603.75 |
| 10/11/2021 | | Late Fee Income - Late Fee for Oct 2021 | 50.00 | | 1,653.75 |
| 10/18/2021 | Carol Rothermel | Payment (Reference #2925) Payment | | 1,830.00 | -176.25 |
| 11/01/2021 | | Temp. C.Chg Increase - November 2021 - TCCI 1 & 2 Charge | 179.00 | | 2.75 |
| 11/01/2021 | | Common Charges Income - November 2021 | 445.00 | | 447.75 |
| 11/11/2021 | | Late Fee Income - Late Fee for Nov 2021 | 50.00 | | 497.75 |
| 12/01/2021 | | Temp. C.Chg Increase - December 2021 - TCCI 1 & 2 Charge | 179.00 | | 676.75 |
| 12/01/2021 | | Common Charges Income - December 2021 | 445.00 | | 1,121.75 |
| 12/11/2021 | | Late Fee Income - Late Fee for Dec 2021 | 50.00 | | 1,171.75 |
| 01/01/2022 | | Temp. C.Chg Increase - January 2022 - TCCI 1 & 2 Charge | 179.00 | | 1,350.75 |
| 01/01/2022 | | Common Charges Income - January 2022 | 445.00 | | 1,795.75 |
| 01/10/2022 | Carol Rothermel | Payment (Reference #244) Payment | | 600.00 | 1,195.75 |
| 01/11/2022 | | Late Fee Income - Late fee for Jan. 2022 | 50.00 | | 1,245.75 |

**Total**        **1,245.75**

02-01-22 Temp C. Charge Increase Feb. 2022- $179.00
02-01-22 Common Charge Income- Feb. 2022-$445.00
02/10/22 Late Fee      $50.00

$1,919.75



#9

**RIDGELY WHITMORE BROWN**
LAWYER
15 FIFTH STREET
STAMFORD, CONNECTICUT 06905
(203) 918-1563

WRITER'S E-MAIL ADDRESS:                                      WRITER'S DIRECT DIAL NUMBER:

_RidgeBrown@Ridgelylaw.com_                                              _(203) 918-1563_

February 10, 2022

John M. Mastracchio, Esq.                  HAND DELIVERED
1318 Bedford Street
Stamford, CT 06905

Re:  Silo Hill Condominium Inc,: Rothermel, Unit 104

Dear John:

    Enclosed please find a check for $600.00 due by February 10, 2022. This is for the February 2022 common charges.

    Although my client has been repeatedly incorrectly charged with late fees, even when the common charges have been prepaid. Please remove the pre-charged February 2022 late fee from my client's account and please provide a revised payoff statement for the foreclosure action so we can pay it off and you can open and vacate the foreclosure judgment.

Very Truly Yours,

Ridgely Whitmore Brown

RWB/lh

cc: Carol Rothermel

#10

## Re: Silo Circle - Feb Payment

From:   Carol Rothermel (carol_rothermel@yahoo.com)

To:     ridgebrown@ridgelylaw.com

Date:   Tuesday, February 15, 2022 at 11:24 AM EST

Thank you !   Lmk when you receive updated invoice..

On Thursday, February 10, 2022, 12:53:10 PM EST, <ridgebrown@ridgelylaw.com> wrote:

Good Afternoon Carol,

Please find attached a copy of the draft letter to Mastracchio to accompany the February 2022 common charges payment that we will be hand delivering to his office today.

Ridge says that we need to pay off the $5800 so that we can avoid huge expense – thousands of dollars probably.

Thank you,

Lauren Renee

## Ridgely Whitmore Brown

Lawyer

15 fifth street

Stamford, Connecticut 06905

*Phone* (203) 918-1563

#11

## FW: Silo Hill Condominium. Inc, v. Rothermel Et A1 -FST-CV-20-6049510S -PAYOFF

From:  ridgebrown@ridgelylaw.com

To:    carol_rothermel@yahoo.com

Cc:    ridgebrown@ridgelylaw.com

Date:  Friday, February 18, 2022 at 03:38 PM EST


Good Afternoon Carol,

I just received the updated payoff amount for the Silo Hill case - $5,610.00.

The payoff amount is good through February 25, 2022.

Thank you,
Lauren Renee

**From:** Carmen Chavez <CarmenChavez@ackerlyandward.com>
**Sent:** Friday, February 18, 2022 3:36 PM
**To:** ridgebrown@ridgelylaw.com
**Cc:** William Ward <BillWard@ackerlyandward.com>; Lori DeFelice <LoriDeFelice@ackerlyandward.com>; Christina
DeMaio <ChristinaDeMaio@ackerlyandward.com>; John Mastracchio <JohnMastracchio@ackerlyandward.com>
**Subject:** Re: Silo Hill Condominium. Inc, v. RothermeL Et A1 -FST-CV-20-6049510S -PAYOFF

Good afternoon:

Please see attached.

Thank you,

**Best Regards,**
**Carmen L. Chavez**
**Legal Assistant**

**Ackerly & Ward**
**1318 Bedford Street**
**Stamford, CT 06905**
**Ph: (203) 975-1151**
**Fax: (203) 975-1821**

# ACKERLY & WARD

| | | |
|---|---|---|
| William W. Ward<br>billward@ackerlyandward.com | 1318 BEDFORD STREET<br>STAMFORD, CONNECTICUT 06905 | <u>Assistants</u><br>Lori DeFelice<br>loridefelice@ackerlyandward.com |
| John M. Mastracchio<br>johnmastracchio@ackerlyandward.com | | Carmen Chavez<br>carmenchavez@ackerlyandward.com |
| <u>Retired</u><br>John Ackerly | Telephone: (203) 975-1151<br>Facsimile: (203) 975-1821<br><u>www.ctcondolawyer.com</u> | Christina DeMaio<br>christinademaio@ackerlyandward.com |

February 18, 2022

**<u>SENT VIA EMAIL:</u>**
Ridgely Whitmore Brown Law Office
c/o Ridgely Whitmore Brown
**<u>RidgeBrown@Ridgelylaw.com</u>**

**<u>RE: Silo Hill Condominium, Inc. v. Rothermel, Et Al - FST-CV-20-6049510S - PAYOFF</u>**

Dear Attorney Brown:

Our firm represents Silo Hill Condominium, Inc. for the collection of delinquent common charges owed for the above-referenced property. Pursuant to your request for an updated payoff, please find this payoff good through February 25, 2022. The following amounts are currently due and owing (account history attached), however, please note that the account will continue to incur legal expenses and legal fees until the balance is paid in full. Therefore, if you are paying on or before February 25, 2022, please contact us to confirm the balance due and owing has not increased.

| | |
|---|---|
| Silo Hill | $1,869.75 |
| Legal Fees | $2,915.25 |
| Legal Expenses | $    60.00 |
| Committee Fees and Costs | $1,365.00 |
| Less 2/10/22 Payment | $( 600.00) |
| Total | $5,610.00 |

Please note, the foregoing total assumes you client's February 25, 2022, payment is not returned by the bank. Please be advised that the foregoing amount is the amount due through February 25, 2022, as of today and is subject to change. The committee of sale will incur fees and costs daily until there is an order from the court vacating the judgment. Please send full payment, made payable to Ackerly & Ward, Trustee, to the address listed above. Our W9 and an account history are enclosed. If full payment is not made by February 25, 2022, our foreclosure sale will continue.

Carol Rothermel
Page Two
February 18, 2022


     This law firm is attempting to collect a debt. Any information obtained will be used for that purpose.  If you have previously received a discharge in bankruptcy, which discharged this debt, this correspondence is not and should not be construed to be an attempt to collect a debt, but only enforcement of a lien against property.


                                    Very truly yours,

                                    John M. Mastracchio

JMM/cc
Enclosures
cc:   M. DeMasi – via email
       W. Palma, Plaza Realty & Management Corp. – via email

#12

### RIDGELY WHITMORE BROWN
LAWYER

15 FIFTH STREET

STAMFORD, CONNECTICUT 06905

203-918-1563

*Received 2/21/22*
John Mastracchio

WRITER'S E-MAIL ADDRESS:

RidgeBrown@RidgelyLaw.com

WRITER'S DIRECT DIAL NUMBER:

*(203) 918-1563*

February 21, 2022

John M. Mastracchio, Esq.
1318 Bedford Street
Stamford, CT 06905

HAND DELIVERED

Re:  Silo Hill Condominium Inc.; Rothermel, Unit 104

Dear John:

Enclosed please find a cashier's check for $5,610.00 per your February 18, 2022 payoff statement which states that the payoff amount of $5,610.00 is good through February 25, 2022.

Please hold these funds in escrow pending the filing of a withdrawal of action or a satisfaction of judgment.

My client and I are providing these funds to stop the foreclosure by sale scheduled for this Saturday, February 26, 2022. Ms. Rothermel reserves the right to dispute any incorrect charges to her account. You may notice that the reference line on the cashier's check itself notes "under protest" due to the consistent accounting errors and incorrect charges.



**People's United Bank**®    Reference *Under Protest*    Date **02/19/2022**

**Cashier's Check**

**9947410**

$********5,610.00******

2306-A1361PS

FIVE THOUSAND SIX HUNDRED TEN DOLLARS AND  ZERO  CENTS

*ACKERLY & WARD*

To the
Order of _____

### CASHIER'S CHECK

_____
Authorized Signature

Notice to Customers: The purchase of an indemnity
bond may be required before this check will be replaced
or refunded in the event it is lost, misplaced or stolen.

Member FDIC  CK-002

⑈9947410⑈ ⑉221172186⑉ ⑈12000385⑈

#B.

| DIRECT ALL QUESTIONS TO | STATEMENT AS OF JUNE 19, 2025 |
|---|---|

**Silo Hill Condominium Association**
1010 HOPE STREET
2ND FLOOR
STAMFORD, CT 06907

(203) 359-4611

www.silo-hill.com

Please address billing disputes and written inquiries to Silo Hill
Condominium Association, 1010 HOPE STREET, 2ND FLOOR,
STAMFORD, CT 06907. For other questions, call (203)
359-4611

| TOTAL AMOUNT DUE |
|---|

Please pay this amount by **7/10/2025**

# $2,981.58

PAY THIS BILL ONLINE AT
https://plazarealtymgmt.appfolio.com/connect

| STATEMENT FOR |
|---|

**Carol Rothermel**
43 Crawford Terrace
Riverside, CT 06878

| UNIT ADDRESS |
|---|

Silo Circle
Riverside, CT 06878

| DATE | DESCRIPTION | TIME PERIOD | AMOUNT | BALANCE |
|---|---|---|---|---|
| **UNPAID CHARGES** | | | | |
| | PRIOR BALANCE | | $2,206.58 | $2,206.58 |
| 01 JUN | COMMON CHARGES INCOME | JUNE 2025 | $480.00 | $2,322.58 |
| **CURRENT & UPCOMING CHARGES** | | | | |
| 01 JUL | TEMP. C.CHG INCREASE | JULY 2025 - TCCI 1 & 2 CHARGE | $179.00 | $2,501.58 |
| 01 JUL | COMMON CHARGES INCOME | JULY 2025 | $480.00 | $2,981.58 |

Please detach this portion and mail it with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PAYMENT DETAILS | MAKE CHECKS PAYABLE TO |
|---|---|

**Carol Rothermel**
Account # **74078**

Silo Hill Condominium, Inc.
Association ID **740**

| | TOTAL AMOUNT DUE |
|---|---|

Please pay this amount by **7/10/2025**

# $2,981.58

PAY THIS BILL ONLINE AT
https://plazarealtymgmt.appfolio.com/connect

| MAIL PAYMENT TO |
|---|

Silo Hill Condominium Association - 5038
Payment Processing Center
P.O. Box 64895
Phoenix, AZ 85082-4895

5038  000740  0000000000074078  ROTHERMEL000  298158  6

**Silo Hill Condominium Association**
1010 HOPE STREET
2ND FLOOR
STAMFORD, CT 06907

STATEMENT AS OF SEPTEMBER 17, 2025

(203) 359-4611

www.silo-hill.com

Please address billing disputes and written inquiries to Silo Hill
Condominium Association, 1010 HOPE STREET, 2ND FLOOR,
STAMFORD, CT 06907. For other questions, call (203)
359-4611

**TOTAL AMOUNT DUE**

Please pay this amount by **10/10/2025**

# $3,640.58

PAY THIS BILL ONLINE AT
https://plazarealtymgmt.appfolio.com/connect

**STATEMENT FOR**

**Carol Rothermel**
43 Crawford Terrace
Riverside, CT 06878

**UNIT ADDRESS**

Silo Circle
Riverside, CT 06878

| DATE | DESCRIPTION | TIME PERIOD | AMOUNT | BALANCE |
|------|-------------|-------------|--------|---------|
| **UNPAID CHARGES** | | | | |
| | PRIOR BALANCE | | $1,663.58 | $1,663.58 |
| 01 **AUG** | TEMP. C.CHG INCREASE | AUGUST 2025 - TCCI 1 & 2 CHARGE | $179.00 | $1,842.58 |
| 01 **AUG** | COMMON CHARGES INCOME | AUGUST 2025 | $480.00 | $2,322.58 |
| 01 **SEP** | TEMP. C.CHG INCREASE | SEPTEMBER 2025 - TCCI 1 & 2 CHARGE | $179.00 | $2,501.58 |

Charges continue on the next page

Please detach this portion and mail it with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYMENT DETAILS**

**Carol Rothermel**
Account # **74078**

**MAKE CHECKS PAYABLE TO**

Silo Hill Condominium, Inc.
Association ID **740**

**TOTAL AMOUNT DUE**

Please pay this amount by **10/10/2025**

# $3,640.58

PAY THIS BILL ONLINE AT
https://plazarealtymgmt.appfolio.com/connect

**MAIL PAYMENT TO**

Silo Hill Condominium Association - 5038
Payment Processing Center
P.O. Box 64895
Phoenix, AZ 85082-4895

5038  000740  000000000074078  ROTHERMEL000  364058  7





| | |
|---|---|
| Posting Date | 2025 Jul 02 |
| Research Seq # | 8131210491 |
| Account # | 6500864855 |
| Check/Store # | 276 |
| DB/CR | DB |
| Dollar Amount | $659.00 |
| Bank # | 096 |
| Branch # | 00000 |
| Deposit Acct # | 0 |
| Record Type # | 01 |



0101-4192-0192-06/30/2025

| | |
|---|---|
| Posting Date | 2025 Jul 02 |
| Research Seq # | 8131210490 |
| Account # | 6500864855 |
| Check/Store # | 277 |
| DB/CR | DB |
| Dollar Amount | $659.00 |
| Bank # | 096 |
| Branch # | 00000 |
| Deposit Acct # | 0 |
| Record Type # | 01 |





| | |
|---|---|
| Posting Date | 2025 Sep 26 |
| Research Seq # | 8152240289 |
| Account # | 6500864855 |
| Check/Store # | 278 |
| DB/CR | DB |
| Dollar Amount | $659.00 |
| Bank # | 096 |
| Branch # | 00000 |
| Deposit Acct # | 0 |
| Record Type # | 01 |