

DATE: October 1, 2025

Case Number: 3:24-cv-000431-SVN

Carol Rothermel

Plaintiff

Vs.

Silo Hill Condominium

Association, Inc., ET AL.

Defendants

## CAROL ROTHERMEL

Affidavit of facts

BE IT ACKNOWLEDGED, that I, Carol Rothermel of 43 Crawford Terrace Riverside, CT 06878 the undersigned deponent, I am over the age of 18 and understand the meaning of and obligation of an oath. I, Carol Rothermel hereby depose and say under oath as follows: that the information hereby stated in this Affidavit is based on my firsthand experience relative to a foreclosure matter on the property known as 104 Silo Circle, Riverside, CT 06878. Therefore, I hereby certify the following: all motions have been filed by me in this matter have been filed for good cause arising from the conduct of the defendants. The Plaintiff, Silo Hill Condominium, Inc., in the state court action, failed to serve me, improper service.

There is no proof of service, nor certified correspondence.

Therefore, I affirm that the foregoing is true.

Witness, my hand under the penalties of perjury this 1st day of October 2025

_____      10/1/2025

Signature of Deponent     Dated:

Carol Rothermel

_____      10/1/2025

Notary Public     Dated:

Signed and Sworn before me: Known by me.

MARTA HRYNISZYN
Notary Public, State of Connecticut
My Commission Expires 07/31/2026

1

# CERTIFICATION

I hereby certify that on October 1, 2025, a copy of the foregoing was filed. Notice of this filing will be sent by mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Respectfully Submitted.,

The Plaintiff

By: *Carol Rothermel*

Carol Rothermel

43 Crawford Terrace

Riverside Ct 06878

Carol_rothermel@yahoo.com