**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CAROL ROTHERMEL, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:24-CV-0431 (SVN) |
| | : | |
| SILO HILL CONDOMINIUM | : | |
| ASSOCIATION, INC. , ET AL., | : | |
| | : | |
| Defendant, | : | |

**JUDGMENT**

This action having come before the Court for consideration of Defendants' Motions to Dismiss, before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motions and the full record of the case including applicable principles of law, and having granted the motion without leave to amend as to Counts Three, Six, and Nine and dismissing without prejudice as to Counts One, Two, Four, Five, Seven, and Eight on September 17, 2026, it is hereby,

ORDERED, ADJUDGED and DECREED, that judgment is entered in favor of the Defendants and the case is closed.

Dated at Hartford, Connecticut, this 18th day of September 2026.

DINAH MILTON KINNEY, Clerk

By: /s/ Samantha Denault
Samantha Denault
Deputy Clerk

Entered on Docket: 9/18/2026